January 5, 2011

William Glover
716 N. Horsman St.
Rockford, IL, 61101

Honorable P. Michael Mahoney
United States Court House
211 S. Court ST.
Rockford, IL 61101

Dear Judge Mahoney:

As you are aware of, I appeared before you on several occasions to resolve a legal matter (case: 09-cv-50249 ).

I apologize for entering your court-room as a pro se attorney with nothing more than a rudimentary understanding of the law and a profound sense that an injustice had been committed against me which I felt could only be resolved by the courts.

From the first to the last appearance before you I can say that you showed me a level of respect and understanding that confirmed my initial belief that the courts are indeed there for all the people.

Already in awe of your majestic presence behind your bench, you could have castigated me for not being a skilled practitioner of the law. Yet, you chose not to.

Clearly, your legal skills along with your overall kindness and compassion allowed me to receive a far larger settlement than I could have ever achieved on my own.

For these reasons I truly thank you and regard you as one of the finest human being I have yet to encounter.

Sincerely,

*William Glover*
William Glover